# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
919-861-8808
Fax: 919-861-5555

**DATE:** September 5, 2017

**FROM:** Scott Plaster
U.S. Probation Officer

**SUBJECT:** SPRUILL, Arthur O'Bryan
Case No.: 2:03-CR-28-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On November 14, 2005, pursuant to a guilty plea to Felon in Possession of a Firearm, Arthur O'Bryan Spruill appeared in United States District Court for the Eastern District of North Carolina, and was sentenced 120 months of imprisonment to be followed by 5 years of supervised release.

The defendant was released from custody on August 23, 2013, and began supervision in the Eastern District of North Carolina.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since August 2016. His term of supervision is set to expire on August 22, 2018.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and offered no objections to an early termination of supervision. Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     9-5-17
Terrence W. Boyle                   Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.  Crim. No. 2:03-CR-28-1BO

ARTHUR O'BRYAN SPRUILL

On August 23, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller  
Jeffrey L. Keller  
Supervising U.S. Probation Officer

/s/ Scott Plaster  
Scott Plaster  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8808  
Executed On: September 5, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _5_ day of _September_, 2017.

Terrence W. Boyle  
U.S. District Judge